**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NATHALY HERNANDEZ CABRERA,** *Petitioner*, v. **DAVID J. VENTURELLA,** Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; **MARKWAYNE MULLIN,** Secretary of Homeland Security; **TODD BLANCHE,** U.S. Attorney General; and **JOEL GARCIA,** ICE El Paso Field Office Director for Enforcement and Removal Operations, ***Respondents.*** | § § § § § § § § § § § § § § § | **EP-26-CV-01516-DCG** |

## ORDER DISMISSING CASE AS MOOT

The Court previously observed that government systems suggest Petitioner may have been released from immigration detention.[1] Accordingly, the Court ordered Petitioner to show cause by November 17, 2026 why the case should not be dismissed as moot.[2] Petitioner did not file a response by the deadline.

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[3]

The Court **CLOSES** the case.

---

[1] Order Pet'r Show Cause, ECF No. 5, at 1.

[2] *Id.* at 2; *see also E.G.V.A. ex rel. Vimos Rivera v. Sanchez*, No. 1:26-cv-02258, 2026 WL 2254646, at *2 (S.D.N.Y. Aug. 5, 2026) (noting, with exceptions that don't appear to apply here, that "a habeas corpus petition seeking release from immigration custody is generally mooted upon release").

[3] *See Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").

**So ORDERED and SIGNED this 19th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**